

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00694-CV

Olimpia Joali **HERRERA**,
Appellant

v.

James Andrew **HERRERA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-18673
Honorable Elizabeth Martinez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: July 22, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due to be filed by April 29, 2026. Neither the brief nor a motion for extension of time was filed. By order dated June 16, 2026, appellant was ordered to file a brief and to show cause in writing by June 26, 2026, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM